# United States District Court
# Western District of North Carolina
# Statesville Division

| | |
|---|---|
| Zebulon Spurlock, <br><br>Petitioner <br><br>vs. <br><br>Alan C. Jones <br> N.C. Dept of Revenue <br> FNU Bailey <br> Ronald J. Perry, <br><br>Respondent. | JUDGMENT IN CASE <br><br> 5:24-cv-00187-MR |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 12, 2024 Order.

Signed: December 12, 2024

Katherine Hord Simon, Clerk
United States District Court